

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

November 25, 2019

The Hon. Judge John G. Koeltl
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

     Re: Christopher O'Rourke v. 60th Street LLC, et al
       Case No.: 1:19-cv-03366(JGK)
       <u>SETTLEMENT CONSUMMATED : LETTER MOTION TO WITHDRAW MOTION TO RESTORE THE CASE TO ACTIVE STATUS</u>

**Greetings Judge Koeltl,**

  Please note that the undersigned is the attorney for plaintiff in the above referenced matter. All parties have now executed the settlement agreement and it respectfully requested, on consent of the defendants, that the plaintiff's motion to restore this case to active status be withdrawn, and the case remain closed. A stipulation of voluntary discontinuance will be filed shortly.

  It is further requested that the Court Conference scheduled for this afternoon be canceled.

  Thank you for your attention and courtesy in this matter.

Very truly yours,

*Peter Sverd*

Peter Sverd, Esq.