UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTPHER O'ROURKE,

        Plaintiff,

- against -

60th STREET, LLC et al.

        Defendants.

19cv3366 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Clerk is directed to close Docket Number 17.

SO ORDERED.

Dated: New York, New York
December 21, 2019

John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12·23·19